IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED

DEC 16 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

CIVIL ACTION NO: _____

MARLONE R. BRUMFIELD
*Petitioner*

VERSUS

FILED:_____

DARRYL VANNOY
LA. STATE PRISON
*Respondent*

_____
Deputy Clerk

## BRIEF IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS FILED PURSUANT TO 28 U.S.C., SECTION 2241 AND 2254

NOW INTO COURT comes, Petitioner Marlone R. Brumfiled, who respectfully present his arguments and reason herein as to why this Honorable United States District Court, Middle District of Louisiana, should, after a full review of the record and pleadings contained herein, grant relief causing the Writ to be issued on his behalf and against Respondent ordering that his cause be remanded for 1) a new trial; 2) granted an evidentiary hearing or 3) he be released from unlawful custody. On behalf of petitioner's Petition for Writ of Habeas Corpus, he respectfully presents that:

### STATEMENT OF JURISDICTION

Under 28 U.S.C., Section 2241, federal courts have jurisdiction to entertain a state prisoner's habeas corpus petition if his confinement is the result of a violation of federal law. Further, jurisdiction arises under 28 U.S. C., Section 2254 (a); federal judges shall entertain habeas corpus application " on behalf of a person in custody pursuant to the judgment of a state court on the ground that he is in custody in violation of the Constitution or laws and treaties of the United States."

Therefore, this petition is respectfully filed into the United States District Court for the district in which petitioner was indicted, tried, unlawfully convicted and sentence.

1