SCANNED at LSP and Emailed
4-9-2020 by DS . 114 pages
date       initials   No.

Marlone R. Brumfield, #496966
Main Prison, CBA ⌐/A 12
La. State Penitentiary
Angola, LA 70712

RECEIVED

(Date) April 8th, 2020         APR 09 2020

Legal Programs Department

Clerk of Court,
Supreme Court of Louisiana
400 Royal Street
New Orleans, La. 70130

    RE: State of Louisiana v. Marlone R. Brumfield, No. 567470; Div. "E"; On Application for Post-Conviction Relief.

Dear Clerk:

    Enclosed is an Original of my *pro se* pleadings, to wit:

1. Uniform Application for Post-Conviction Relief;
2. Memorandum of Law in Support;
3. Motion Requesting Evidentiary Hearing and Appointment of Counsel, w/Order;
4. Petition for Writ of Habeas Corpus Ad Testificandum, w/Order;
5. Motion to Compel Answer, w/Order.

    I respectfully ask that you please file same in the docket of the above referenced criminal matter for judicial consideration and disposition.

    Additionally enclosed is another copy of this cover letter that I respectfully ask that you please "file/date" stamp and return to me.

    This matter is *in forma pauperis*.

Respectfully,

*/s/ Marlone Brumfield*
Marlone R. Brumfield

[initials]/ MRB

Enclosures (6)

cc:    w/encl. District Attorney, St. Tammany Parish