UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARLONE R. BRUMFIELD (#496966)  CIVIL ACTION NO.

VERSUS  20-853-JWD-SDJ

DARRYL VANNOY, ET AL.

### ORDER

This matter is before the Court on Petitioner's Motion to Transfer Case[1] filed in connection with his application for a writ of *habeas corpus* brought pursuant to 28 U.S.C. § 2254.[2] Through this application, Petitioner challenges a conviction imposed by the 22nd Judicial District Court, St. Tammany Parish, Louisiana.[3] Petitioner is currently confined at the Louisiana State Penitentiary in Angola, Louisiana.

Under 28 U.S.C. § 2241(d), when an application for a writ of *habeas corpus* is made by a person in custody under a judgment and sentence of a state court in a state that contains two or more federal judicial districts, the application may be filed in the district court for the district where the person is in custody or where the State court that convicted and sentenced him is located, each of these courts having concurrent jurisdiction to entertain the application. Further, under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and 28 U.S.C. §§ 1404(a) and 1406(a), a district court may, in the interest of justice and for the convenience of the parties, transfer a claim to a court of proper venue. Petitioner has indicated he inadvertently filed this petition in this Court and has requested the case be transferred to the Eastern District of Louisiana.[4]

---

[1] R. Doc. 6.
[2] R. Doc. 1.
[3] R. Docs. 1 & 6.
[4] R. Doc. 6.

Although Petitioner is incarcerated in Angola, Louisiana, which is in the Middle District, Petitioner's confinement relates to proceedings, including trial, conducted in the Eastern District of Louisiana. Thus, considering Petitioner's request, the fact that the Eastern District is a proper venue under 28 U.S.C. § 1141(d), and because all parties and evidence related to these proceedings are located in the Eastern District of Louisiana, it is in the interest of justice to transfer this matter to the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Transfer Case[5] is **GRANTED** and that this matter be and is hereby **TRANSFERRED** to the Eastern District of Louisiana for further proceedings.

Signed in Baton Rouge, Louisiana, on April 30, 2021.

*Scott Johnson*

SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[5] R. Doc. 6.