# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:20−cv−00853−JWD−SDJ

Brumfield v. Vannoy et al  
Assigned to: Judge John W. deGravelles  
Referred to: Magistrate Judge Scott D. Johnson  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/16/2020  
Date Terminated: 04/30/2021  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Marlone R. Brumfield**      represented by   **Marlone R. Brumfield**  
496966  
Louisiana State Penitentiary  
Angola, LA 70712  
PRO SE

V.

**Respondent**

**Darryl Vannoy**

**Respondent**

**Jeff Landry**  
*Attorney General for the State of Louisiana*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2020 | 1 | PETITION for Writ of Habeas Corpus, filed by Marlone R. Brumfield. (Attachments: # 1 Memorandum in Support, # 2 Exhibit List, # 3 Attachment)(KMW) (Entered: 12/18/2020) |
| 12/16/2020 |  | ***Set CASE REFERRED Flag (PPS) (KMW) (Entered: 12/18/2020) |
| 12/18/2020 | 2 | Letter to Marlone R. Brumfield Re: Future Compliance with Local Rule 5(d)(1) (Attachments: # 1 local rule 5) (KMW) (Entered: 12/18/2020) |
| 03/30/2021 | 3 | Letter of Deficiency: The Clerk has filed your new suit. However, it is deficient in the areas as stated herein. The deficiency must be corrected within the given time frame. Amended Pleadings due by 4/20/2021. Filing Fee due by 4/20/2021. Statement of Account due by 4/20/2021. (SWE) (Entered: 03/30/2021) |
| 04/29/2021 | 4 | Amended PETITION for Writ of Habeas Corpus, filed by Marlone R. Brumfield. (Attachments: # 1 Memorandum in Support)(KMW) (Entered: 04/30/2021) |
| 04/29/2021 | 5 | MOTION to Proceed In Forma Pauperis with Statement of Account by Marlone R. Brumfield. (KMW) (Entered: 04/30/2021) |
| 04/29/2021 | 6 | MOTION to Transfer Case to Eastern District of Louisiana by Marlone R. Brumfield. (KMW) (Entered: 04/30/2021) |
| 04/30/2021 |  |  |

| | | |
|---|---|---|
| | | MOTION(S) REFERRED: 5 MOTION to Proceed In Forma Pauperis with Statement of Account, 6 MOTION to Transfer Case to Eastern District of Louisiana. This motion is now pending before the USMJ. (KMW) (Entered: 04/30/2021) |
| 04/30/2021 | 7 | ORDER granting 6 Motion to Transfer Case. Case transferred to Eastern District of Louisiana. Signed by Magistrate Judge Scott D. Johnson on 4/30/2021. (ELW) (Entered: 04/30/2021) |

**Case #: 3:20−cv−00853−JWD−SDJ**